1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

UNITED STATES OF AMERICA,

9

Plaintiff,

CASE NO. **2:22-cr-00180-LK**

10

v.

**DETENTION ORDER**

11

JOSE PALEO,

12

Defendant.

13

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes

14

there are no conditions which the defendant can meet which would reasonably assure the

15

defendant's appearance as required or the safety of any other person and the community.

16

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

17

Defendant is charged with drug trafficking offense.  The government proffered that

18

Defendant is a large methamphetamine distributor. The government avers that between January

19

2021, and October 2022, agents conducted a number of searches establishing that Defendant is

20

involved in a drug trafficking organization that has trafficked in significant amounts of

21

methamphetamine, heroin, fentanyl and cocaine. Agents also seized a significant amount of drug

22

proceeds (over 1.8 million dollars) and numerous firearms. *See* Dkt. 55. On October 25, 2022,

23

Defendant was arrested in California and made his initial appearance in the Central District.

Defendant was interviewed by the pretrial services office and the office was unable to verify any

DETENTION ORDER - 1

1    of Defendant's information. California licensing information indicates Defendant has no license

2    in that state; he also is unlicensed in Washington. Defendant was contacted by immigration

3    enforcement in September 2022 and attempted to flee. He is currently pending removal.

4    Defendant's criminal history indicates a first contact with law enforcement in 2011. Since then,

5    he has been convicted of battery of a spouse; taking a motor vehicle; auto theft; and obstruction,

6    evading a police office and driving without a license. Defendant is also associated with several

7    alias and at the time of his arrest, he was in a a residence that he shared with a co-defendant.

8    Agents found two loaded assault type rifles, two pistols and a closet of ammunition. Defendant

9    did not contest detention.

10             t is therefore **ORDERED**:

11             (1)      Defendant shall be detained pending trial and committed to the custody of the

12   Attorney General for confinement in a correctional facility separate, to the extent practicable,

13   from persons awaiting or serving sentences, or being held in custody pending appeal;

14             (2)      Defendant shall be afforded reasonable opportunity for private consultation with

15   counsel;

16             (3)      On order of a court of the United States or on request of an attorney for the

17   Government, the person in charge of the correctional facility in which Defendant is confined

18   shall deliver the defendant to a United States Marshal for the purpose of an appearance in

19   connection with a court proceeding; and

20

21

22

23

DETENTION ORDER - 2

1       (4)     The Clerk shall provide copies of this order to all counsel, the United States

2  Marshal, and to the United States Probation and Pretrial Services Officer.

3       DATED this 9th day of January, 2023.

4

5                                   _____

BRIAN A. TSUCHIDA

6                                   United States Magistrate Judge

DETENTION ORDER - 3