UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>    v.<br><br>JOSE PALEO et al.,<br><br>                 Defendants. | CASE NO. 2:22-cr-00180-LK<br><br>PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY |

This matter comes before the Court on the Government's Motion for a Protective Order Restraining Certain Forfeitable Property. Dkt. No. 153. Defendants have not responded to or otherwise opposed the motion. This case is currently scheduled for trial on January 22, 2024. Dkt. No. 146.

The Government seeks a protective order to maintain custody, pursuant to 21 U.S.C. § 853(e)(1)(A) and 18 U.S.C. § 982(a)(1), of the following property (the "Subject Property"):

    a.    $8,600 in U.S. Currency, seized on or about January 15, 2021, from a white Chevrolet Malibu bearing California license plate 8JXC083, in the possession of Defendant Jose Paleo;

b. The following property, seized or about October 25, 2022, from Defendant Jose Paleo's residence, located at 13139 Clearwood Avenue, La Mirada, California:

1. $3,910 in U.S. Currency; and
2. Three Rolex watches;

c. The following firearms, associated ammunition, and accessories, seized on or about October 25, 2022, from Defendant Jose Paleo's residence, located at 13139 Clearwood Avenue, La Mirada, California:

1. One Five-Seven FN Herstal pistol, bearing serial number 38636673;
2. One PMF P80 pistol bearing no serial number;
3. One Military Systems Group Lower Receiver, bearing serial number MSG01346;
4. One Upper Receiver with black light and Sig Sauer scope;
5. One Spikes Tactical rifle with a black strap, bearing serial number NSL173088, and a UTG magnified scope;
6. One can of assorted ammunition;
7. Various magazines with 5.56 and 9mm ammunition;
8. Various rounds of 9mm ammunition;
9. Miscellaneous 223 ammunition;
10. Two cases of Fiocchi 12-gauge ammunition;
11. One round of 5.56 ammunition;
12. Three cases of 9mm PMC ammunition;
13. One case of Winchester 12-gauge shotgun shells;
14. One case of 410-gauge ammunition; and
15. One case and five boxes of 300 black out ammunition;

PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY - 2

    d.    $2,454 in U.S. Currency, seized on or about October 25, 2022, from the residence of Defendant Glauco Guardado Rodriguez, located at 23335 91st Avenue S, Building OO, Apartment 201, Kent, Washington;

    e.    The following firearms and associated ammunition, seized on or about October 25, 2022, from the residence of Defendant Glauco Guardado Rodriguez, located at 23335 91st Avenue S, Building OO, Apartment 201, Kent, Washington;

        1.    One Glock 42 .38 caliber pistol, bearing serial number ABCB310 with associated magazine; and

        2.    One Remington M1911A1 .45 caliber pistol, bearing serial number 1530394, with associated magazine;

    f.    $3,800 in U.S. Currency, seized on or about October 25, 2022, from Defendant Araceli Salas' residence, located at 3501 E. 54th Street, Maywood, California;

    g.    One Glock 42, bearing serial number ADXP395, with an extended magazine, and any associated ammunition, seized on or about October 25, 2022, from Defendant Araceli Salas' residence, located at 3501 E. 54th Street, Maywood, California;

    h.    $2,111 in U.S. Currency, seized on or about October 25, 2022, from the residence of Defendant Miguel Thomas, located at 6536 21st Avenue SW, Seattle, Washington;

    i.    The following firearms, associated ammunition, and accessories, seized on or about October 25, 2022, from the residence of Defendant Miguel Thomas, located at 6536 21st Avenue SW, Seattle, Washington:

        1.    One USA Military Surplus Model 1903, 30-06 caliber rifle, bearing serial number 450573;

        2.    One Thompson/Center Arms Co. .58 caliber rifle, bearing serial number L724;

PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY - 3

3.  One National Ordnance, Model 1903A3, 30-06 caliber rifle, bearing serial number 5006999;

4.  One Remington Arms Company Inc, Model II, unknown caliber, bearing serial number 249130;

5.  One Manufacture France, Model M1936, 75 caliber rifle with strap, bearing an unknown serial number;

6.  One Enfield, Model NO4MKI, unknown caliber rifle, bearing serial number 83L9225;

7.  One USA Military Surplus, Model 1903, 30-06 caliber rifle, bearing serial number 1483164;

8.  One Martin Firearms Co. Model 882, 22 caliber rifle with scope, bearing serial number 98702271;

9.  One unknown make, model, and caliber rifle, bearing an unknown serial number;

10. One Winchester, Model 290, 22 caliber rifle, bearing serial number B882285;

11. One Mauser, Model 1895, 257 caliber rifle, bearing serial number E8095;

12. One Harrington & Richardson Model 251, 20-gauge shotgun, bearing serial number 29-050999;

13. One Enfield, Model NO4MKI, 303 caliber rifle with strap, bearing serial number OC47730;

14. One Springfield Armory (HS Produkt) Model XD9 Compact, 9 caliber pistol, bearing serial number GM820304, with loaded magazine;

      15. One Palmetto State Armory, Model M1911, 45 caliber pistol, bearing serial number PSB000906 on the lower piece, with a Rock Island Armory slide attached, and associated magazine;

      16. Five rounds of 9mm ammunition;

      17. One loaded magazine with .380 caliber ammunition;

j. $1,539 in U.S. Currency, seized on or about October 25, 2022, from a residence used by Defendant Miguel Thomas, located at 14420 34th Avenue S, Apt. 2, Tukwila, Washington;

k. One Ruger SP101 .22 caliber Revolver, bearing serial number 577-04336 with associated ammunition and magazines, seized on or about October 25, 2022, from a residence used by Defendant Miguel Thomas, located at 14420 34th Avenue S, Apt. 2, Tukwila, Washington;

l. $1,758.13 in U.S. Currency, seized on or about October 25, 2022, from the person of Defendant Tad Fulton;

m. The following firearms and associated ammunition seized on or about October 25, 2022, from the residence of Defendant Ryan Holmquist, located at 755 5th Avenue NW, Unit D102, Issaquah, Washington:

      1. One Ruger Security-9 pistol, bearing serial number 383-03286, with a loaded magazine attached, and two additional loaded magazines;

      2. Three boxes of 9mm Luger ammunition; and

      3. Miscellaneous loose rounds of ammunition;

n. One body armor vest, seized on or about October 25, 2022, from the residence of Defendant Ryan Holmquist, located at 755 5th Avenue NW, Unit D102, Issaquah, Washington;

o. $1,479 in U.S. Currency, seized on or about October 25, 2022, from the person of Defendant Timothy Hursh;

p. The following firearms, associated ammunition, and accessories, seized on or about October 25, 2022, from Defendant Timothy Hursh's residence, located at 3524 S. 166th Street, SeaTac, Washington:

    1. One Smith and Wesson Shield Pistol bearing serial number HDN8650;

    2. One Marlin Firearms Co. 45-70 Rifle, bearing serial number 05010628;

    3. One Maverick Arms 88 sawed off shotgun, bearing serial number MV14695B;

    4. One Smith and Wesson M&P 40 Shield pistol, bearing serial number HMT6392;

    5. One Ithaca Gun Co. 37 shotgun, bearing serial number 371561848; and

    6. Assorted magazines, ammunition, and rifle parts;

q. One Police Issued Ballistic Shield, seized on or about October 25, 2022, from Defendant Timothy Hursh's residence, located at 3524 S. 166th Street, SeaTac, Washington; and

r. The following firearms, associated ammunition, and accessories, seized on or about October 25, 2022, from the residence of Defendant Ryan Terry, located at 32028 NE 139th St., Duvall, Washington:

    1. One Winchester 12 gauge shotgun bearing serial number 978077;

    2. One Savage Arms 99 300 caliber rifle bearing seral number 444148;

    3. One Remington Arms Mohawk 10C 22 caliber rifle bearing serial number 2524812;

    4. One J. Stevens 84 22 caliber rifle bearing an unknown serial number;

    5. One Winchester 30-06 caliber rifle bearing serial number U166532A;

6. One Sundance Point Blank 22 caliber Derringer bearing serial number D04209;

7. One Dan Wesson 44 caliber revolver bearing serial number 013742 with associated case, holster and ammunition;

8. One Savage Arms 12 gauge shotgun bearing serial number C321180;

9. One AMT Kurz Backup 380 caliber pistol bearing serial number A22552;

10. One Taurus PT92AF 9 caliber pistol bearing serial number L41766;

11. One Smith & Wesson 35 revolver bearing serial number J483120;

12. One Smith & Wesson 645 45 caliber pistol bearing serial number TBR8702;

13. One Smith & Wesson 38 Chief Spec. revolver bearing serial number AEH0863;

14. One Black Powder F.lli Pietta Fabrica D'Armi 1851 Navy revolver bearing serial number 30796;

15. One Browning Auto 5 12 gauge shotgun bearing serial number 227D8;

16. One Winchester 53A 30-60 caliber rifle bearing serial number U164162;

17. Four cans of miscellaneous ammunition; and

18. One empty magazine from Savage rifle with no serial number.

The Court, having reviewed the filings in this matter, including the Government's Motion and the supporting Declaration of Federal Bureau of Investigation Special Agent Allana Kleinosky, Dkt. No. 154, hereby FINDS entry of a protective order restraining the Subject Property is appropriate because:

- The United States gave notice of its intent to pursue forfeiture in the Indictment returned on October 19, 2022, Dkt. No. 1 at 5–6, and in the Forfeiture Bill of Particulars, Dkt. No. 128 at 1–8;

- Based on the facts set forth in the Declaration of Special Agent Allana Kleinosky, Dkt. No. 154, there is probable cause to believe the Subject Property may, upon the Defendants' conviction, be forfeited in this case; and,

- To ensure the Subject Property remains available for forfeiture, its continued restraint pursuant to 21 U.S.C. § 853(e)(1) is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The Government's motion for a protective order restraining the Subject Property pending the conclusion of this case, Dkt. No. 153, is GRANTED; and,

2. The Property shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of this criminal case, to include any ancillary forfeiture proceedings, and/or further order of the Court.

Dated this 8th day of May, 2023.

*Lauren King*

Lauren King
United States District Judge